IN FEDERAL DISTRICT COURT FOR

NORTH CAROLINA – MIDDLE DISTRICT

| | |
|---|---|
| ANORUO ASILONU, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BLESSING ASILONU, an individual, and ESTHER OKEIYI, and individual and her marital community.<br><br>    Defendants. | No. 1:19-cv-01122-NCT-LPA<br><br>**PLAINTIFF'S MOTION FOR ORDER OF WITHDRAWAL** |

For the reasons set forth in the accompanying brief, Plaintiff moves this Court under Local Rule 83.1(e)(1) for an order withdrawing attorneys Jocelyn Singletary and Mary Okeiyi as attorneys of record for Defendant Blessing Asilonu.

[The remainder of this page is intentionally left blank]

Motion – Page 1

Immigration Support Advocates
113 Cherry Street, ECM# 45921
Seattle, WA 98104-2205
(844) 557-3646

Respectfully submitted,

Date: June 11, 2020 (EST),

| MORGAN & CESANELLI LAW | IMMIGRATION SUPPORT ADVOCATES |
|---|---|
| By: */s/Valeria Cesanelli*<br>  Valeria Cesanelli<br>  SBN 45735 | By: */s/Greg McLawsen*<br>  Greg McLawsen<br>  Washington State Bar #41870<br>  *By Special Appearance* |
| 1051 Pemberton Hill Road,<br>Suite 102<br>Apex, NC 27502 | Mailing address:<br>113 Cherry Street, ECM# 45921<br>Seattle, WA 98104-2205 |
| Telephone: (919) 923-1577<br>valeria@morgancesanelli.com | Physical office:<br>724 South Yakima Ave., Suite 100<br>Tacoma, WA 98405 |
| | Tel. (844) 557-3646<br>greg@i-864.net |

***Attorneys for Plaintiff Anoruo Asilonu***

MOTION – PAGE 2

**Immigration Support Advocates**
113 Cherry Street, ECM# 45921
Seattle, WA 98104-2205
(844) 557-3646

Case 1:19-cv-01122-NCT-LPA   Document 81   Filed 06/11/20   Page 2 of 4

# CERTIFICATION OF WORD COUNT

Pursuant to LR 7.3(d)(1), Counsel certifies that the total word count in the foregoing document including the body of the brief, headings, footnotes and attorney signature block totals 154.

Dated: June 11, 2020 (EST),

By: */s/Greg McLawsen*
    Greg McLawsen

MOTION – PAGE 3

**Immigration Support Advocates**
113 Cherry Street, ECM# 45921
Seattle, WA 98104-2205
(844) 557-3646

Case 1:19-cv-01122-NCT-LPA   Document 81   Filed 06/11/20   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that today I will electronically file the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

| | |
|---|---|
| **Manner of service:**<br><br>CM/ECF | Jocelyn Davis Singletary, Esq.<br>Singletary Law Firm<br>Attorney for Esther Okeiyi, Blessing Okeiyi & Sunny Okeiyi<br>4801 E. Independence Blvd., Suite 501<br>Charlotte, NC 28212<br>jdsingletary@singletarylawfirm.com |
| **Manner of service:**<br><br>CM/ECF | Mary Nnene Okeiyi<br>Attorney for Esther Okeiyi, Blessing Okeiyi & Sunny Okeiyi<br>4801 E Independence Blvd, Suite 501<br>Charlotte, NC 28212<br>mary.n.okeiyi@gmail.com |

Dated: June 11, 2020 (EST),

By: /s/ Greg McLawsen
Greg McLawsen

MOTION – PAGE 4

**Immigration Support Advocates**
113 Cherry Street, ECM# 45921
Seattle, WA 98104-2205
(844) 557-3646