IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANORUO ASILONU, )
)
          Plaintiff, )
v. ) 1:19-CV-1122
)
ESTHER OKEIYI, )
)
          Defendant. )

**VERDICT SHEET**

We the jury unanimously find as to:

**ISSUE 1: Did Dr. Esther Okeiyi sign an I-864 affidavit of support for Dr. Asilonu?**

    __X__ Yes     ____ No

*If you answer Yes to Issue 1, go to Issue 2. If you answer No, stop.*

**ISSUE 2: Did Dr. Asilonu submit the affidavit signed by Dr. Esther Okeiyi as part of his application for adjustment of status?**

    __X__ Yes     ____ No

*If you answer Yes to Issue 2, go to Issue 3. If you answer No, stop.*

**ISSUE 3: Did Dr. Asilonu receive an adjustment of status based on his application that included the I-864 affidavit of support signed by Dr. Esther Okeiyi?**

    __X__ Yes     ____ No

*If you answer Yes to Issue 3, go to Issue 4. If you answer No, stop.*

## ISSUE 4

**ISSUE 4A: Did Dr. Asilonu have taxable annual income below or above 125% of the federal poverty line for the year 2017?**

__X__ Below $15,075     ____ Above $15,075

*If below, go to Issue 4B. If above, go to Issue 5.*

**ISSUE 4B: In 2017, Dr. Asilonu's taxable income was $ __0__ .**

*Continue to Issue 4C.*

**ISSUE 4C: How much support, if any, did Dr. Esther Okeiyi provide to Dr. Asilonu in 2017?**

$ __0__

*Continue to Issue 4D.*

**ISSUE 4D: What amount, if any, is Dr. Asilonu entitled to recover from Dr. Esther Okeiyi for breach of contract for the year 2017?**

Damages = $15,075 minus (Answer to 4B) minus (Answer to 4C)

Damages = $ __15,075__

*Continue to Issue 5.*

## ISSUE 5

**ISSUE 5A: Did Dr. Asilonu have taxable annual income below or above 125% of the federal poverty line for the year 2018?**

__X__ Below $15,175     ____ Above $15,175

*If below, go to Issue 5B. If above, go to Issue 6.*

2

**ISSUE 5B:** In 2018, Dr. Asilonu's taxable income was $ 0 .

*Continue to Issue 5C.*

**ISSUE 5C:** How much support, if any, did Dr. Esther Okeiyi provide to Dr. Asilonu in 2018?

$ 0

*Continue to Issue 5D.*

**ISSUE 5D:** What amount, if any, is Dr. Asilonu entitled to recover from Dr. Esther Okeiyi for breach of contract for the year 2018?

Damages = $15,175 minus (Answer to 5B) minus (Answer to 5C)

Damages = $ 15,175

*Continue to Issue 6.*

**ISSUE 6**

**ISSUE 6A:** Did Dr. Asilonu have taxable annual income below or above 125% of the federal poverty line for the year 2019?

__X__ Below $15,612.50  _____ Above $15,612.50

*If below, go to Issue 6B. If above, stop.*

**ISSUE 6B:** In 2019, Dr. Asilonu's taxable income was $ 0 .

*Continue to Issue 6C.*

**ISSUE 6C:** How much support, if any, did Dr. Esther Okeiyi provide to Dr. Asilonu in 2019?

$ 0

*Continue to Issue 6.*

**ISSUE 6D: What amount, if any, is Dr. Asilonu entitled to recover from Dr. Okeiyi for breach of contract for the year 2019?**

Damages = $15,612.50 minus (Answer to 6B) minus (Answer to 6C)

Damages = $ _15,612.50_

This _May_ day of _24_, 2023.

_____
FOREPERSON