IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ANORUO ASILONU | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-CV-1122 |
| | ) | |
| ESTHER OKEIYI, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

This civil action came on for a jury trial beginning May 22, 2023. On May 24, 2023, the jury returned a verdict in favor of the plaintiff Anoruo Asilonu and against the defendant Esther Okeiyi on the claim asserted in the complaint. The jury awarded $45,862.50 in damages.

It is **ORDERED AND ADJUDGED** that, pursuant to the jury verdict, the plaintiff Anoruo Asilonu **SHALL** recover the sum of $45,862.50 plus court costs from the defendant Esther Okeiyi. The plaintiff may submit a timely motion for reasonable attorney fees within 60 days of this order as specified in Local Rule 54.2.

This the 30th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE